# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| KAREEM DARBY | : | NO. 06-220-1 |

## ORDER

**AND NOW**, this 6th day of January, 2012, upon consideration of Petitioner Kareem Darby's Pro Se Motion to Reduce Sentence (Doc. No. 73), the Response in opposition thereto, and Petitioner's Reply, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE